**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DAVID W. WILSON,                                     No. CIV S-06-1139-FCD-CMK-P

    Plaintiff,

  vs.                                                                  ORDER

W.C. NESBETH, et al.,

    Defendants.

                            /

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On August 6, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  Timely objections to the findings and recommendations have been filed.

/ / /

/ / /

/ / /

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 6, 2009, are adopted in full;

2. This action shall proceed on plaintiff's retaliation claims against defendant Nesbeth only; and

3. All defendants other than Nesbeth are dismissed and the Clerk of the Court is directed to terminate such defendants and update the docket to reflect that this action proceeds against defendant Nesbeth only.

DATED: September 4, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE