IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE WILSON,

        Plaintiff,                  No. CIV S-06-1139 FCD GGH P

  vs.

W.C. NESBETH, et al.,

        Defendants,               <u>ORDER</u>

       Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On July 14, 2010, plaintiff filed a motion to quash defendant's subpoena (Doc. 40). Defendant has not opposed the motion. Defendant shall respond to the motion within 14 days of service of this order. If defendant does not oppose the motion to quash he may indicate that.

       Accordingly, IT IS HEREBY ORDERED that defendant file an opposition to the motion to quash within 14 days of service of this order.

DATED: August 26, 2010

                                           /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

GGH: AB
wils1232.ord