IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

        Plaintiff,                    CIV-S-06-1139 FCD GGH P

    vs.

W.C. NESBETH, et al.,

        Defendants.            <u>ORDER TO SHOW CAUSE</u>

_____/

        By an order filed September 10, 2010, this court granted defendants' application for an additional sixty days from the September 7, 2010, deadline to file dispositive motions. To date, no motion has been filed. Accordingly, IT IS HEREBY ORDERED that defendants show cause, within fourteen days from the date of this order, why a dispositive motion has not been filed.

DATED:  December 13, 2010

                                                                   /s/ Gregory G. Hollows
                                                                  UNITED STATES MAGISTRATE JUDGE

GGH:035
wils1139.osc

1