MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884

Attorneys for Defendants,
W.C. NESBETH

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. WILSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>W.C. NESBETH, et. al.<br><br>　　　　　Defendants. | NO.　2:06-CV-1139 KJM GGH P<br><br>**ORDER ON EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE DEFENDANT'S PRETRIAL STATEMENT** |

This case came on for hearing on the ex parte application of defendant W.C. NESBETH, for an order granting defendant an extension of time to file his pretrial statement 14 days after the September 23, 2011 deadline established for Plaintiff to file his pretrial statement. Good cause having been shown.

IT IS HEREBY ORDERED THAT:

1. The defendant has until October 7, 2011 within which to file his pretrial statement.

Dated: September 13, 2011

　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE