1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID WAYNE WILSON,

11              Plaintiff,                    No. CIV S-06-1139 KJM GGH P
                    vs.
12

13   W.C. NESBETH, et al.,

14
                Defendants,                   ORDER
15   _____/

16          Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. §

17   1983, and trial is scheduled for January 9, 2012.  On January 18, 2011, the undersigned issued a

18   further scheduling order which indicated that plaintiff was to file his pretrial statement and any

19   motions necessary to obtain the attendance of witnesses at trial on or before August 26, 2011.

20   Plaintiff did not file a pretrial statement by August 26, 2011, but instead a motion for a temporary

21   restraining order regarding access to his legal materials.

22          Plaintiff stated that since his placement in Administrative Segregation on July 7,

23   2011, he has been denied his legal materials and has only been allowed to the library once.

24   Plaintiff did not describe any specific adverse results other than generally stating his court access

25   has been "chilled."  Nor did plaintiff make any reference to his pretrial statement that was due.

26   The court also noted that plaintiff filed the exact same motion for a temporary restraining order

                                                 1

1 on the same date in <u>Wilson v. Tilton</u>, 07-cv-1193 GEB DAD, Doc. 80.  As a result it did not

2 appear that plaintiff was specifically addressing the pretrial statement.

3           Plaintiff's motion for a temporary restraining order was denied, and plaintiff was

4 ordered to file a pretrial statement to the best of his ability as the court noted there was only one

5 claim, one defendant and plaintiff had known for nearly seven months that the pretrial statement

6 was due.  After various extensions plaintiff filed a pretrial statement on October 24, 2011.

7 Defendant, however, filed a motion to strike the pretrial statement on November 3, 2011, noting

8 that plaintiff's pretrial statement failed to comply whatsoever with the court's orders and Local

9 Rule 281.

10          Defendant is correct and the motion to strike will be granted.  Plaintiff's pretrial

11 statement does not comply with Local Rule 281, nor does plaintiff seem to be aware of the

12 substance of this case and what claims continue.  The court notes that plaintiff has extensive

13 experience with litigation as he has filed 22 cases since 2005.  The court cannot instruct plaintiff

14 on the specifics of his pretrial statement, but will include, following this order, a pretrial

15 statement template.  Plaintiff shall file a pretrial statement in 14 days from the date of service of

16 this order.  Defendant shall file their pretrial statement 14 days after plaintiff has filed his.

17          To the extent plaintiff is unable to properly file a pretrial statement due to the lack

18 of his legal materials, if that is still an issue, plaintiff may file a motion regarding his legal

19 materials in 7 days from the date of service of this order.  Any motion must specifically describe

20 what materials plaintiff has not had access to, for how long and why plaintiff specifically needs

21 access to these materials for purposes of his pretrial statement.  Plaintiff must identify specific

22 materials as any motion that generally describes the situation will be disregarded.  Nor is plaintiff

23 entitled to his legal materials for his other cases to prepare his pretrial statement in the instant

24 case.[1]

25 _____

26      [1] In plaintiff's motion for an extension (Doc. 56), he noted that he was being denied all of
his court documents for all of his cases and had deadlines on 4 court cases.  For purposes of this

1    Plaintiff's failure to properly file a pretrial statement will result in this case being

2  dismissed for lack of prosecution.

3    Accordingly, IT IS HEREBY ORDERED that

4    1.  Defendant's motion to strike (Doc. 59) is granted and plaintiff's pretrial

5  statement (Doc. 58) is stricken.

6    2.  Plaintiff shall file a pretrial statement in 14 days from the date of service of this

7  order.  Defendant shall file their pretrial statement 14 days after plaintiff has filed his.

8    3.  Plaintiff may file a motion regarding his legal materials in 7 days from the date

9  of service of this order.  Any motion must specifically describe what materials plaintiff has not

10  had access to, for how long and why plaintiff specifically needs access to these materials for

11  purposes of his pretrial statement.  Plaintiff must identify specific materials as any motion that

12  generally describes the situation will be disregarded.  Nor is plaintiff entitled to his legal

13  materials for his other cases to prepare his pretrial statement.

14  DATED: November 8, 2011

15    /s/ Gregory G. Hollows
     UNITED STATES MAGISTRATE JUDGE

16  GGH: AB
   wils1139.ord2

17

18

19

20

21

22

23

24
_____

25  case, plaintiff's legal documents in his other cases are immaterial.  Plaintiff, in one of his exhibits
   in that motion was requesting from prison officials the return of all of his legal materials, medial
26  appliances, vitamins, toothpaste, soap and other such items.

3

1                              **Pretrial Statement Template**

2

3    JURISDICTION/VENUE

4    JURY/NON-JURY

5    UNDISPUTED FACTS

6    DISPUTED FACTUAL ISSUES

7    DISPUTED EVIDENTIARY ISSUES

8     SPECIAL FACTUAL INFORMATION

9    RELIEF SOUGHT

10   POINTS OF LAW

11   ABANDONED ISSUES

12   WITNESSES

13   EXHIBITS, SCHEDULES AND SUMMARIES

14   DISCOVERY DOCUMENTS

15   FURTHER DISCOVERY OR MOTIONS

16   STIPULATIONS

17   AMENDMENTS/DISMISSALS

18   SETTLEMENT NEGOTIATIONS

19   AGREED STATEMENTS

20   SEPARATE TRIAL OF ISSUES

21   IMPARTIAL EXPERTS/LIMITATION OF EXPERTS

22   ATTORNEYS' FEES

23   TRIAL DATE

24   PROPOSED JURY VOIR DIRE AND PROPOSED JURY INSTRUCTIONS

25

26