IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE WILSON,

        Plaintiff,                     No. CIV S-06-1139 KJM GGH P

   vs.

W.C. NESBETH, et al.,

        Defendants,              <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On November 21, 2011, plaintiff filed a motion for a protective order to obtain his legal materials so he can file a pretrial statement. Doc. 61. While plaintiff's motion is not specific and generally just states he needs access to his legal materials and medical appliances, it is not clear what materials plaintiff has been provided by prison officials.

        One of plaintiff's exhibits includes an inmate appeal where plaintiff requested 6 hours in a room with his 11 boxes of legal materials to gather the appropriate files as they are commingled. While this request seems excessive, prison officials responded on October 27, 2011, that plaintiff would be allowed to go through his materials, however it is not clear if this occurred. Doc 61 at 11. Within 14 days defendant shall file a response indicating if plaintiff was given an opportunity to go through his legal materials and the specifics of when this occurred and

1

how much time was provided.

Accordingly, IT IS HEREBY ORDERED that defendant shall file a reply within 14 days if plaintiff was given an opportunity to go through his legal materials and the specifics of when this occurred and how much time was provided.

DATED: November 30, 2011

                                  /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH: AB
wils1139.ord3