IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE WILSON,

        Plaintiff,                No. CIV S-06-1139 KJM GGH P

  vs.

W.C. NESBETH, et al.,

        Defendants,        <u>ORDER</u>

        /

        Due to the delay in obtaining pretrial statements in this case, trial shall be moved and a Trial Confirmation Hearing will be scheduled. **A Trial Confirmation Hearing will be held on March 1, 2012, at 3:30 pm, before Judge Kimberly J. Mueller. Trial is rescheduled for June 4, 2012, at 1:30 pm, also before Judge Kimberly J. Mueller.**

        IT IS SO ORDERED.

DATED: December 6, 2011

                                  /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH: AB
wils1139.ord4