IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE WILSON,

        Plaintiff,                  No. CIV S-06-1139 KJM GGH P

  vs.

W.C. NESBETH, et al.,

        Defendants.          ORDER

        On November 21, 2011, plaintiff filed a motion for a protective order to obtain his legal materials so he could file a pretrial statement. Doc. 61. Defendant filed a reply on December 19, 2011, and indicated that plaintiff was provided access to his legal materials and has filed his pretrial statement. Docs. 62, 67, 68. Therefore, plaintiff's motion for a protective order is denied as moot.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a protective order (Doc. 61) is denied as moot.

DATED: January 4, 2012

                                    /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

GGH: AB
wils1139.po2

1