IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE WILSON,

    Plaintiff,                      No. CIV S-06-1139 KJM GGH P

    vs.

W.C. NESBETH,

    Defendant.               ORDER

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The undersigned issued a Pretrial Order on January 18, 2012, and plaintiff has filed objections and new motions for witnesses and exhibits.[1]

         Plaintiff was previously informed in detail in the Pretrial Order about the deficiencies with his request for approximately 41 incarcerated witnesses to testify at trial. Plaintiff now requests 47 incarcerated witnesses to testify at trial, yet plaintiff has repeated the same arguments that were previously denied. For the same reasons set forth in the Pretrial Order,

\\\\\

---

[1] To the extent that plaintiff has again argued that he could not access his legal materials as he was in Ad. Seg., plaintiff was provided four hours to look through all of his legal boxes on December 5, 2011, and was allowed to take two and a quarter boxes back with him to his cell.

1

plaintiff's request for these incarcerated witnesses (Doc. 76) is denied.[2]

The Pretrial Order reflected that plaintiff intended not to offer any exhibits, as plaintiff did not provide a list of exhibits.  Plaintiff has now offered 154 pages of exhibits, however plaintiff has failed to identify the exhibits, instead just annexing them to his motion. Plaintiff need not provide the exhibits at this time, for purposes of the Pretrial Order.  Within 14 days, plaintiff must submit a list that simply, briefly describes the exhibit he intends to introduce. For example, plaintiff should state Exhibit 6: Inmate Appeal, dated July 11, 2005, (an appeal number if indicated).  Failure to provide an exhibit list will result in plaintiff being prevented from offering exhibits at trial.

The Pretrial Order issued on January 18, 2012, is final except for plaintiff's exhibit list.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for witnesses (Doc. 76) is denied;

2. Plaintiff's motion for exhibits (Doc. 77) is denied without prejudice, and within 14 days plaintiff must submit a list that simply, briefly describes the exhibit he intends to introduce, as described above.  Failure to provide an exhibit list will result in plaintiff being prevented from offering exhibits at trial; and

3. The Pretrial Order issued on January 18, 2012, is final except for plaintiff's exhibit list.

DATED: February 8, 2012

   /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
wils1139.ord2

---

[2] Namely that the witnesses will testify regarding events that are not part of this action and they signed a petition agreeing to support plaintiff before this action was filed and in some instances before the underlying conduct of this action occurred.