IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE WILSON,

      Plaintiff,                    No. CIV S-06-1139 KJM GGH P

   vs.

W.C. NESBETH,

      Defendant.                ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  The undersigned issued a Pretrial Order (Doc. 74) which was deemed final on February 8, 2012, except that plaintiff could file an exhibit list.  Plaintiff has now filed an exhibit list and exhibits (Doc. 82).  Therefore, the exhibits list that is the first six pages of Doc. 82 will be deemed plaintiff's exhibit list for the Pretrial Order.

      IT IS SO ORDERED.

DATED: February 24, 2012

                            /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

GGH: AB
wils1139.ord3

1