UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

        Plaintiff,

    v.

W.C. NESBETH, *et al.*,

        Defendants.

_____/

NO. CIV. S-06-1139 KJM-GGH

TRIAL CONFIRMATION ORDER

    The trial in the above-captioned case, scheduled to commence on June 18, 2012 at 1:30 p.m., was confirmed at the hearing held on March 1, 2012. In preparation for the upcoming trial, the court hereby ORDERS:

    I.    TRIAL BRIEFS AND STATEMENT OF THE CASE

    No later than May 28, 2012, the parties shall file trial briefs and a statement of the case with the court. In their trial briefs, the parties shall include a summary of points of law, including reasonably anticipated disputes concerning admissibility of evidence, legal arguments, any other information the parties believe is relevant, and citations of authority in support thereof. In lieu of a statement of the case, the parties may file a joint proposed jury instruction that can be read to the jury in advance of voir dire that explains the nature of the case.

    II.    PROPOSED VOIR DIRE, JURY INSTRUCTIONS AND VERDICT FORM

    The parties are informed that the court will prepare a standard set of standard jury instructions and voir dire questions. The parties shall file proposed voir dire, proposed jury

instructions and proposed verdict form, if any, not later than fourteen days before the date set for trial. Defendant shall also submit a sanitized copy in either WordPerfect (strongly preferred) or Microsoft Word format via email to: kjmorders@caed.uscourts.gov. Plaintiff may submit proposed voir dire, proposed jury instructions and proposed verdict form by mail.

### III.  MOTIONS IN LIMINE

The parties shall file with the court motions in limine, if any, no later than May 14, 2012.[1] Each motion shall contain a plain, concise summary of any reasonably anticipated disputes concerning admissibility of evidence, including but not limited to live and deposition testimony, physical and demonstrative evidence and the use of special technology at trial, including computer animation, video discs, and other technology.  Any opposition briefs to the motions in limine shall be filed no later than May 28, 2012.  The motions in limine shall be heard on the first day of trial.

### IV.  ACCESS TO LEGAL MATERIALS

At the trial confirmation hearing, defendant voiced concerns regarding his access to legal materials necessary for trial. If plaintiff wishes to renew or initiate a motion based on access to legal materials, such motion must be filed no later than April 16, 2012.

### V.  EXHIBIT LIST AND WITNESS LIST

The parties were ordered to meet and confer following the trial confirmation hearing to discuss the numbering of exhibits as well as to exchange exhibits. Any motions related to exhibits should be filed no later than May 28, 2012.

IT IS SO ORDERED.

DATED:  March 15, 2012.

_____
UNITED STATES DISTRICT JUDGE

---

[1]  The parties are required to meet and confer about such disputes before filing a motion to determine if agreement can be reached.