IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE WILSON,

    Plaintiff,                    No. CIV S-06-1139 KJM GGH P

    vs.

W.C. NESBETH,

    Defendant.                <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Trial is scheduled for June 18, 2012. Plaintiff's motion for additional exhibits to be included on his exhibit list (Doc. 85) is granted and the additional exhibits will be deemed part of his exhibit list. Plaintiff's motion for defense counsel to return certain original exhibits (Doc. 86) is denied, as defense counsel indicates in the opposition that he does not have the original documents. Regardless, the documents themselves appear on the court's docket as docket entry 85.

\\\\\

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (Doc. 85) is granted and the additional exhibits are deemed added to plaintiff's exhibit list.

2. Plaintiff's motion (Doc. 86) is denied.

DATED: April 19, 2012

    /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
wils1139.ord4