IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE WILSON,

        Plaintiff,                  No. CIV S-06-1139 KJM GGH P

   vs.

W.C. NESBETH,

        Defendant.          ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Eugene Illovsky and Colette R. Verkuil have been selected to represent plaintiff.

        Accordingly, IT IS HEREBY ORDERED that:

        1. This matter is set to proceed for a three day trial commencing June 18, 2012 at 9:00 a.m. before the undersigned in Courtroom #3. Appointed counsel shall file proposed jury instructions and motions in limine by June 1, 2012.

        2. Appointed counsel shall notify Sujean Park at 916-930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

/////

/////

3. The Clerk of the Court is directed to serve a copy of this order upon Eugene Illovsky and Colette R. Verkuil, Morrison & Foerster, 755 Page Mill Road, Palo Alto, California 94304.

4. Each of plaintiff's pending motions (Docket Nos. 79, 81, 89, 92, 93 & 95) is denied without prejudice, subject to resubmission by appointed counsel.

DATED: May 17, 2012.

UNITED STATES DISTRICT JUDGE