UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

        Plaintiff,

    v.

W.C. NESBETH, *et al.*,

        Defendants.

_____/

NO. CIV. S-06-1139 KJM GGH P

ORDER

Plaintiff, a state prisoner represented by Eugene Illovsky and Colette R. Verkuil, is proceeding with a civil rights action under 42 U.S.C. § 1983. On May 22, 2012, plaintiff filed an ex parte request for a court order to facilitate a telephone call with counsel; the filing represents that defense counsel does not oppose the request. (ECF 98.) Communication between Ms. Verkuil and her client is required to allow preparation for trial. By this order, the court directs the Warden and the correctional staff at California State Prison - Richard J. Donovan Correctional Facility, to facilitate a telephone call between appointed counsel Ms. Verkuil and inmate David Wilson.

Accordingly, IT IS HEREBY ORDERED:

1. That the Warden, litigation coordinator, and other correctional staff as needed at California State Prison - Richard J. Donovan Correctional Facility, facilitate a telephone call between appointed counsel Ms. Verkuil and inmate David Wilson to take place on May 25,

/////

1  2012, at 11:00 a.m. The call shall continue, without interruption, for a maximum of 120 minutes
2  or until completed, whichever is earlier.
3         2.      Ms. Verkuil shall contact the litigation coordinator at California State Prison -
4  Richard J. Donovan Correctional Facility in order to provide a phone number that may be used
5  to reach her at her office.
6         3.      The clerk of court is ordered to promptly serve this order by facsimile and/or e-
7  mail on the Warden and the litigation coordinator at California State Prison - Richard J. Donovan
8  Correctional Facility.
9         IT IS SO ORDERED.
10 DATED: May 23, 2012.

_____
UNITED STATES DISTRICT JUDGE